RECEIVED
IN LAKE CHARLES, LA
JAN 23 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARY L. MORRIS | : | DOCKET NO. 06 CV 1874 |
| VS. | : | JUDGE MINALDI |
| CITY OF LAKE CHARLES, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED that the Motion to Dismiss [doc. 14] filed by The American National Red Cross and Ralph Wright is GRANTED. The plaintiff's claims against these defendants are hereby DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of January, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT COURT