U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

**NOV - 1 2007**

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARY L. MORRIS | : | DOCKET NO. 2:06 CV 1874 |
| VS. | : | JUDGE MINALDI |
| CITY OF LAKE CHARLES; LAKE CHARLES POLICE DEPARTMENT; AMERICAN RED CROSS OF SOUTHWEST LOUISIANA AND RALPH WRIGHT | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reason set forth therein, the Court declines to exercise supplemental jurisdiction over the plaintiff's remaining claims pursuant to 28 U.S.C. § 1367(c)(3); and accordingly:

IT IS ORDERED that Plaintiff's claims are DISMISSED;

IT IS FURTHER ORDERED that the Defendant's Motion for Summary Judgment filed on behalf of City of Lake Charles and Lake Charles Police Department is hereby MOOT.

Pursuant to 28 U.S.C. § 1367(d), the period of limitations for Morris' claims against the defendants are tolled while the claim is pending and for a period of thirty (30) days after the claim is dismissed, unless State law provides for a longer tolling period.

Lake Charles, Louisiana, this _19_ day of _October_, 2007

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE